IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIXTO CRUZ MURILLO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MULE CREEK STATE PRISON,<br><br>　　　　　Respondent. | No. 2:24-CV-3458-DMC-P<br><br>ORDER |

Petitioner, a prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion for leave to proceed in forma pauperis, ECF No. 6.

Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Petitioner is unable to prepay fees and costs or give security therefor.  Petitioner's motion for leave to proceed in forma pauperis will be granted.

Accordingly, IT IS HEREBY ORDRED that Petitioner's motion for leave to proceed in forma pauperis, ECF No. 6, is granted.

Dated:  January 3, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1