IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIXTO CRUZ MURILLO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MULE CREEK STATE PRISON,<br><br>　　　　　Respondent. | No. 2:24-CV-3458-DMC-P<br><br>ORDER |

Petitioner, a prisoner proceeding pro se, brings this petition for a writ of habeas corpus. Pending before the Court is Respondent's motion to dismiss or alternatively motion for a more definitive statement. ECF No. 16. No opposition has been filed.

Petitioner filed his petition for writ of habeas corpus on February 16, 2024. See ECF No. 1. In the petition, Petitioner identified his court of conviction and where he is incarcerated. See id. Petitioner raised three claims, as follows:

| | |
|---|---|
| Claim One:<br>Supporting facts: | New discovery Coleman v. Brown./Coleman v. Wilson;<br>To introduction of #3 ~ judge pannel (sic) rule stipulated ~ special master order that links and ties into my court order Feb 10, 2014 |
| Claim Two:<br>Supporting facts: | State staff failed to do so of process my early parole/release. Prime witnesses/staff counsel Ms. Rodrick/Mr. Mosqueda~ on # [undecipherable] of date, 9/14/22/ Parole or release. |
| Claim Three: | Mr. Mosqueda and I signed parole plans that failed to process |

1

| | | |
|---|---|---|
| 1 | <u>Supporting facts:</u> | Now the warden Pat Covello with the entire administration ~ new (sic) about my early parole or release ~ and didn't face. Now cruel and unusual punish. |
| 2 | <u>Id.</u> at 5. | |

Respondent argues that Petitioner's claim is insufficiently pleaded, Petitioner failed to show exhaustion, and Petitioner should be required to provide a more definite statement. <u>See</u> ECF No. 16. This Court agrees. The Petition lacks the information necessary to consider Petitioner's claim and determine whether Petitioner exhausted the claims raised in this action. Accordingly, the undersigned will grant Respondent's motion for a more definitive statement and direct Petitioner to file an amended petition.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's Motion for a more definite statement, ECF No. 16, is GRANTED;
2. Petitioner is directed to file an amended petition within 30 days of this order; and
3. Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

Dated:  October 15, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE