IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIXTO CRUZ MURILLO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MULE CREEK STATE PRISON,<br><br>　　　　　Respondent. | No.  2:24-CV-3458-DC-DMC-P<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Petitioner, a prisoner proceeding pro se, brings this petition for a writ of habeas corpus.  Pending before the Court is Petitioner's motion to dismiss, ECF No. 19, which this Court construes as a notice of voluntary dismissal. Petitioner asserts that he seeks dismissal because he has pending parole hearings and therefore, does not seek habeas relief at this time. See ECF No. 19.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1


1  Good cause appearing therefor, the undersigned recommends this action be
2  dismissed without prejudice.  See Fed. R. Civ. P. 41(a)(2).
3  These findings and recommendations are submitted to the United States District
4  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days
5  after being served with these findings and recommendations, any party may file written
6  objections with the court.  Responses to objections shall be filed within 14 days after service of
7  objections.  Failure to file objections within the specified time may waive the right to appeal.  See
8  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

10  Dated:  December 17, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE