UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIXTO CRUZ MURILLO,

Petitioner,

v.

MULE CREEK STATE PRISON,

Respondent.

No. 2:24-cv-03458-DC-ICD (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 19, 20)

Petitioner Cixto Cruz Murillo, a state prisoner proceeding *pro se*, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 27, 2025, Petitioner filed a motion to voluntarily dismiss this habeas action. (Doc. No. 19.) On December 17, 2025, the magistrate judge filed findings and recommendations recommending Petitioner's motion be granted and this action be dismissed. (Doc. No. 20.) Those findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (*Id.*) No objections have been filed, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on December 17, 2025 (Doc. No. 20) are ADOPTED;
2. Petitioner's motion to dismiss this case (Doc. No. 19) is GRANTED;
3. This action is dismissed without prejudice;
4. The court declines to issue a certificate of appealability; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 15, 2026**

Dena Coggins
United States District Judge